UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KAHALA KING,<br><br>               Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | Case No. 5:19-cv-01924-CAS-JC<br><br>ORDER SUMMARILY DISMISSING PETITION WITH LEAVE TO AMEND |

On October 8, 2019, petitioner Scott Kahala King, who appears to be detained at the West Valley Detention Center in connection with state parole violation proceedings and is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") with multiple miscellaneous attachments. As the Petition is deficient in at least the following respects, it is dismissed with leave to amend.[1]

First, the Petition has not been submitted on either the national form appended to the current Habeas Rules or the form currently approved by the Central

---

[1] Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules") requires a judge promptly to examine a federal habeas petition, and to dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court. . . ."

District of California for habeas petitions. See Local Rule 83-16; Rule 2(d) of the Habeas Rules. It is important to utilize the approved form, because, among other reasons, the approved form calls for specific information regarding whether individual claims have been presented to and resolved by the California Supreme, *i.e.*, whether they have been exhausted, as discussed further below.

Second, the Petition improperly names the United States of America as a Respondent. Cf. Morehead v. State of California, 339 F.2d 170, 171 (9th Cir. 1964) (State of California incorrectly named as respondent). An appropriate respondent is petitioner's immediate custodian (*i.e.*, the warden at the facility where he is currently housed). See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004); see also 28 U.S.C. § 2242; Rule 2(a) of the Habeas Rules and the Advisory Committee Notes thereto. The failure to name the correct respondent destroys personal jurisdiction. See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).

Third, the Petition does not clearly specify its ground(s) for relief, and the facts supporting the ground(s) are largely incomprehensible. See Rule 2(c) of the Habeas Rules. As best as the Court can determine, petitioner appears to challenge a 2006 conviction because it was allegedly based on "insignificant evidence of facts" (Ground One) and suggests that he is entitled to "Keheya support" because he is "Keheya pro se" (Ground Two). Given the attachments to the Petition which appear to pertain to pending parole violation proceedings, it may be that petitioner intends to challenge his arrest and detention since September 25, 2019 for an alleged parole violation. See Attachment to Petition (Probable Cause Determination form for the arrest). Rule 2(c) of the Habeas Rules requires that a petition: (1) specify all grounds of relief available to the petitioner; (2) state the facts supporting each ground; and (3) state the relief requested. The petition must state facts that point to a real possibility of constitutional error. See Blackledge v. Allison, 431 U.S. 63, 75 n. 7 (1977) (summary disposition of habeas petition appropriate where allegations are vague or conclusory; "the petition is expected to

state facts that point to a real possibility of constitutional error") (citation and quotation omitted). The facts currently alleged in the Petition are largely incomprehensible and do not point to a real possibility of constitutional error.

Fourth, pursuant to 28 U.S.C. § 2254(b)(1), habeas relief may not be granted unless a petitioner has exhausted the remedies available in the state courts.[2] Exhaustion requires that the petitioner's contentions were fairly presented to the state courts, Ybarra v. McDaniel, 656 F.3d 984, 991 (9th Cir. 2011), cert. denied, 568 U.S. 959 (2012), and disposed of on the merits by the highest court of the state, Greene v. Lambert, 288 F.3d 1081, 1086 (9th Cir. 2002). As a matter of comity, a federal court will not entertain a habeas petition unless the petitioner has exhausted the available state judicial remedies on every ground presented in it. See Rose v. Lundy, 455 U.S. 509, 518 (1982). Petitioner has the burden of demonstrating he has exhausted available state remedies. See, e.g., Williams v. Craven, 460 F.2d 1253, 1254 (9th Cir. 1972) (per curiam); Rollins v. Superior Court, 706 F. Supp. 2d 1008, 1011 (C.D. Cal. 2010). In this case, the Petition does not reflect that petitioner's claim(s) have been presented to and resolved by the California Supreme Court, and the Court cannot discern from the Petition whether any ground petitioner may intend to assert has been presented to and resolved by the California Supreme Court as required.

///
///
///
///
///

---

[2] A habeas petition "shall not be granted unless it appears that – [¶] (A) the applicant has exhausted the remedies available in the courts of the State; or [¶] (B)(i) there is an absence of available state corrective process; or [¶] (ii) circumstances exist that render such process ineffective to protect the rights of the applicant." 28 U.S.C. § 2254(b)(1).

3

In light of the foregoing, IT IS HEREBY ORDERED:

1. The Petition is dismissed with leave to amend.[3]

2. If petitioner wishes to pursue this action, he shall file a First Amended Petition correcting the above-referenced errors within fourteen (14) days of the date of this Order. The First Amended Petition shall name a proper respondent, reflect the same case number, be clearly labeled "First Amended Petition," be filled out completely, and be complete in itself. In other words, petitioner may not incorporate by reference the original Petition or its attachments. He must clearly identify the state court case number of the judgment which is being challenged. He must also clearly state each ground for relief with supporting facts and specify whether it was raised in state court, and if so, the name of the court in which the claim was raised, the case number, the date filed, the date decided, and the result.

3. In the event petitioner elects not to proceed with this action, he shall sign and return the attached Notice of Dismissal by the foregoing deadline which will result in the voluntary dismissal of this action without prejudice.[4]

**4. Petitioner is cautioned that the failure timely to file a First Amended Petition in conformity with this Order or a Notice of Dismissal may result in the dismissal of this action based upon the above-referenced deficiencies in the Petition, petitioner's failure to obey the Court's order, and/or petitioner's failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962); see also Pagtalunan v. Galaza,**

---

[3]By affording leave to amend, the Court makes no finding as to whether the Petition or any First Amended Petition is timely or subject to dismissal as untimely.

[4]Dismissal of the present proceeding (even without prejudice) might contribute toward a statute of limitations bar against a federal petition subsequently filed by petitioner. Although 28 U.S.C. § 2244(d)(2) tolls the statute of limitations during the pendency of "a properly filed application for State post-conviction or other collateral review with respect to the pertinent . . . claim," the statute of limitations probably has not/would not be tolled during the pendency of these federal proceedings. See Duncan v. Walker, 533 U.S. 167, 180-81 (2001).

4

**291 F.3d 639, 640, 642-43 (9th Cir. 2002) (district court may dismiss habeas petition for failure to obey court order or failure to prosecute), <u>cert. denied</u>, 538 U.S. 909 (2003).**

     IT IS SO ORDERED.

DATED: November 5, 2019

                                              _____
                                    HONORABLE CHRISTINA A. SNYDER
                                    SENIOR UNITED STATES DISTRICT JUDGE

Attachments

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCOTT KAHALA KING,

                Plaintiff(s),

v.

UNITED STATES OF AMERICA,

                Defendant(s).

CASE NUMBER

5:19-cv-01924-CAS-JC

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____        _____
*Date*                              *Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

      *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

| NAME |
|---|
| PRISON IDENTIFICATION/BOOKING NO. |
| ADDRESS OR PLACE OF CONFINEMENT |

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

CV _____
To be supplied by the Clerk of the United States District Court

FULL NAME (*Include name under which you were convicted*)
                                                                Petitioner,

v.

☐ _____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                                                Respondent.

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition <u>all</u> the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    255 East Temple Street, Suite TS-134
    Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _____
   b. Place of conviction and sentence _____

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)* : _____
      _____
      _____
   b. Penal or other code section or sections: _____
      _____
      _____
   c. Case number: _____
   d. Date of conviction: _____
   e. Date of sentence: _____
   f. Length of sentence on each count: _____
      _____
   g. Plea *(check one)*:
      ☐ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial *(check one)*:
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?  ☐ Yes  ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: _____
   b. Grounds raised *(list each)*:
      (1) _____
      (2) _____

  (3) _____
  (4) _____
  (5) _____
  (6) _____
 c.  Date of decision: _____
 d.  Result _____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☐ Yes ☐ No

    If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

    a. Case number: _____
    b. Grounds raised *(list each)*:
     (1) _____
     (2) _____
     (3) _____
     (4) _____
     (5) _____
     (6) _____
    c. Date of decision: _____
    d. Result _____

5. If you did not appeal:

    a. State your reasons _____

    b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☐ Yes ☐ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a. (1) Name of court: _____
     (2) Case number: _____
     (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?   ☐ Yes  ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

    (5) Date of decision: _____

    (6) Result _____
_____

    (7) Was an evidentiary hearing held?   ☐ Yes  ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

(5) Date of decision: _____
   (6) Result _____
   _____

   (7) Was an evidentiary hearing held?  ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☐ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____
   (2) Result: _____
   _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than five grounds.  Summarize briefly the <u>facts</u> supporting each ground.  For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION**:  *Exhaustion Requirement*:  In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court.  This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: _____
   _____

   (1) Supporting FACTS: _____
   _____
   _____
   _____
   _____

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

   b. Ground two: _____
   _____

   (1) Supporting FACTS: _____
   _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

  c. Ground three: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

  d. Ground four: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

  e. Ground five: _____

      (1) Supporting FACTS: _____

      (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
    ☐ Yes ☐ No

    If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

    a. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
       (4) Grounds raised *(list each)*:
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
       (5) Date of decision: _____
       (6) Result _____
       _____

       (7) Was an evidentiary hearing held? ☐ Yes ☐ No

    b. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
       (4) Grounds raised *(list each)*:
           (a) _____
           (b) _____
           (c) _____
           (d) _____
           (e) _____
           (f) _____
       (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held? ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☐ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
    (4) Grounds raised *(list each)*:
        (a) _____
        (b) _____
        (c) _____
        (d) _____
        (e) _____
        (f) _____

12. Are you presently represented by counsel? ☐ Yes ☐ No

    If so, provide name, address and telephone number: _____

_____

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____      _____
                *Date*                                                            *Signature of Petitioner*

|                |
| -------------- |
| *Petitioner*   |

|                   |
| ----------------- |
| *Respondent(s)*   |

**ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE**

- A magistrate judge is available under 28 U.S.C. § 636(c) to conduct all proceedings in this case, including dispositive matters and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge and sign below.*

☐ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☐ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.

Executed on _____       _____
                 *Date*                                           *Signature of Petitioner/Counsel for Petitioner*

_Petitioner_

_Respondent(s)_

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED** _IN FORMA PAUPERIS_

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment? ☐ Yes ☐ No
    b. Rent payments, interest or dividends? ☐ Yes ☐ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☐ No
    d. Gifts or inheritances? ☐ Yes ☐ No
    e. Any other sources? ☐ Yes ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
   ☐ Yes ☐ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☐ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on _____    _____
             *Date*                    *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____    _____
*Date*                    *Authorized Officer of Institution/Title of Officer*