# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KAHALA KING, | ) Case No. 5:19-cv-01924-CAS-JC |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: January 9, 2020

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE